

U.S. Department of Justice

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Alexander Judka*
Assistant United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
Alexander.Judka@usdoj.gov

main:   (973) 645-2700
direct: (973) 645-2825
fax:    (973) 297-2010

February 17, 2026

**BY ECF**
Hon. Brian R. Martinotti, U.S.D.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

      Re:   *Pu Tax v. Noem et al.,* No. 26-00584
            Petitioner's Bond Hearing

Dear Judge Martinotti:

     This Office represents Respondents in this habeas matter. We respectfully write pursuant to the Court's February 10, 2026 Order, ECF 7, to confirm that Petitioner received a bond hearing on February 12, 2026. At that hearing, an Immigration Judge denied Petitioner's request for release from custody because Petitioner "…has failed to establish that he is likely to appear at future immigration court proceedings." *See* Ex. A. We therefore request that Your Honor close this case.

     We thank the Court for its attention to this matter.

SO ORDERED.

*Brian R. Martinotti*
BRIAN R. MARTINOTTI, USDJ
DATED: FEB. 18, 2026

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

JORDAN FOX
Chief of Staff & Associate Deputy
 Attorney General
Special Attorney

By:   *s/ Alexander Judka*
      ALEXANDER JUDKA
      Assistant United States Attorney
      *Attorneys for Respondents*

cc:     Counsel of record (by ECF)

# EXHIBIT A



UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
ELIZABETH IMMIGRATION COURT

Respondent Name:
    PU TAX, MIGUEL ANTONIO

To:

Deshmukh, Amit U
1 Meadowlands Plaza
Suite 200
East Rutherford, NJ 07073

A-Number:
241-101-791
Riders:
In Custody Redetermination Proceedings

Date:
02/12/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☒ Denied, because
Respondent has failed to establish that he is likely to appear at future immigration court proceedings.

☐ Granted. It is ordered that Respondent be:
    ☐ released from custody on his own recognizance.
    ☐ released from custody under bond of $
    ☐ other:

☐ Other:

Immigration Judge: Chen, Shana 02/12/2026

Appeal: Department of Homeland Security: ☐ waived ☑ reserved
Respondent: ☐ waived ☑ reserved
Appeal Due: 03/16/2026

**Certificate of Service**

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS
Respondent Name : PU TAX, MIGUEL ANTONIO | A-Number : 241-101-791
Riders:
Date: 02/12/2026 By: MUNOZ, ISSAYANA, Court Staff