UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MIGUEL ANTONIO PU TAX,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-00584 (BRM)<br><br>**ORDER** |

**THIS MATTER** is before the Court on Petitioner Miguel Antonio Pu Tax's ("Petitioner") Motion to Enforce Judgment (the "Motion"). (ECF No. 10.) Petitioner was denied bond following the bond hearing that was ordered by this Court. (*See id.*) Petitioner then requested and was granted Voluntary Departure on February 12, 2026. (*Id.* at 1.) Petitioner filed the Motion, submitting he is being denied the opportunity to depart by the March 16, 2026, deadline for Voluntary Departure. (*Id.*) Petitioner claims he "was advised that he could not leave due to the within Habeas petition." (*Id.*) Respondents filed a response, submitting "Immigration and Customs Enforcement ('ICE') has confirmed to [Respondents] . . . that, as the underlying habeas matter has been closed and all restrictions on transfer of Petitioner have been lifted, ICE will effectuate voluntary departure by the March 16, 2026, deadline under safeguards." (ECF No. 12.)

On February 18, 2026, the Court closed Petitioner's habeas matter. (ECF No. 9.) At that time, the temporary injunction preventing Petitioner's transfer from his current detention facility was lifted. As Petitioner has received the relief ordered by this Court, *i.e.*, an individualized bond hearing, and Respondents submit ICE has confirmed it will effectuate Petitioner's voluntary departure, the Court will deny Petitioner's Motion to Enforcement Judgment.

Accordingly, and for good cause appearing,

**IT IS** on this 11th day of March 2026,

**ORDERED** that Petitioner's Motion to Enforce Judgment (ECF No. 10) is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the temporary injunction preventing Petitioner's transfer expired when this matter was closed and has been lifted; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon the parties electronically.

                                          */s/ Brian R. Martinotti*
                                          **HON. BRIAN R. MARTINOTTI**
                                          **UNITED STATES DISTRICT JUDGE**